Joel E. Tasca
Nevada Bar No. 14124
Lindsay C. Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

Attorneys for Defendant JPMorgan
Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIHAELA CARSON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO. 2:20-cv-00012-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Mihaela Carson's ("Plaintiff") complaint is currently due January 29, 2020. Chase and Plaintiff agree that Chase has up to and including February 28, 2020 to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Chase to prepare a response.

/ / /

/ / /

/ / /

/ / /

/ / /

DMWEST #17703735 v1

1 | This is the first request for an extension, and it is made in good faith and not
2 | for purposes of delay.

DATED this 29th day of January, 2020

| BALLARD SPAHR LLP | HAINES & KRIEGER LLC |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ Shawn Miller<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>dkrieger@haninesandkrieger.com<br>(702) 880-5554<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 31, 2020