Joel E. Tasca
Nevada Bar No. 14124
Lindsay C. Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIHAELA CARSON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO. 2:20-cv-00012-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Mihaela Carson's ("Plaintiff") complaint is currently due February 28, 2020. Chase and Plaintiff agree that Chase may have up to and including March 13, 2020 to respond to Plaintiff's complaint, to provide additional time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Chase to prepare a response.

/ / /

/ / /

/ / /

/ / /

DMWEST #17703735 v1

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 28th day of February, 2020

| BALLARD SPAHR LLP | HAINES & KRIEGER LLC |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ George Haines<br>George Haines<br>Nevada Bar No. 8411<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>GeorgeHaines@hainesandkrieger.com<br>(702) 880-5554 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 2, 2020

DMWEST #17703735 v1