# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAELA CARSON,<br>　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>　　　Defendant(s). | Case No.: 2:20-cv-00012-GMN-NJK<br>**ORDER TO SHOW CAUSE** |

On January 3, 2020, Plaintiff initiated this case. Docket No. 1. Other than filing a proof of service, Docket No. 11, Plaintiff has taken no action to advance the case with respect to Equifax.[1] Accordingly, Plaintiff is **ORDERED** to show cause in writing, by November 9, 2020, why Equifax should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The order to show cause will be deemed automatically satisfied without the need to respond if a request for entry of default is filed by that date.[2]

IT IS SO ORDERED.

Dated: October 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] On March 11, 2020, Plaintiff voluntarily dismissed Defendant JP Morgan Chase. Docket No. 9.

[2] If default is entered, Plaintiff must file a motion for default judgment within 45 days thereafter.

1